

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **LION RAISINS, INC.,** | ) | **CV F 05-0640 AWI SMS** |
| | ) | |
| **Plaintiff,** | ) | **ORDER DIRECTING THE** |
| | ) | **CLERK OF THE COURT TO** |
| **v.** | ) | **RANDOMLY REASSIGN THIS** |
| | ) | **ACTION TO ANOTHER** |
| **UNITED STATES DEPARTMENT OF** | ) | **DISTRICT COURT JUDGE** |
| **AGRICULTURE,** | ) | |
| | ) | |
| **Defendants**. | ) | |
| | ) | |

The undersigned finds it necessary to recuse himself in this action. <u>See</u> 8 U.S.C. § 455;
<u>Liteky v. United States</u>, 510 U.S. 540, 555 (1994).    The Clerk of the Court is DIRECTED to
randomly reassign this action to another District Court Judge.

IT IS SO ORDERED.

**Dated:     May 18, 2005**            _____ **/s/ Anthony W. Ishii** _____
0m8i78                              UNITED STATES DISTRICT JUDGE