IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LION RAISINS, INC., | ) | CV F 05-0640 AWI SMS |
| | ) | |
| Plaintiff, | ) | ORDER DIRECTING THE |
| | ) | CLERK OF THE COURT TO |
| v. | ) | RANDOMLY REASSIGN THIS |
| | ) | ACTION TO ANOTHER |
| UNITED STATES DEPARTMENT OF | ) | DISTRICT COURT JUDGE |
| AGRICULTURE, | ) | |
| | ) | |
| Defendants. | ) | |

The undersigned finds it necessary to recuse himself in this action. See 8 U.S.C. § 455; Liteky v. United States, 510 U.S. 540, 555 (1994). The Clerk of the Court is DIRECTED to randomly reassign this action to another District Court Judge.

IT IS SO ORDERED.

**Dated:    May 18, 2005**                    /s/ Anthony W. Ishii
0m8i78                            UNITED STATES DISTRICT JUDGE