BRIAN C. LEIGHTON, CA BAR # 090907
Attorney at Law
701 Pollasky Avenue
Clovis, California  93612
Telephone: (559) 297-6190
Facsimile:  (559) 297-6194
E-mail: kbarker@arrival.net

Attorney for LION RAISINS, INC.

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| LION RAISINS, INC., | CASE NO. 1:05-CV-00640-REC-SMS |
| Plaintiff, | **SUBSTITUTION OF ATTORNEYS [LOCAL RULE 83-182(g)] AND ORDER THEREON** |
| v. | |
| UNITED STATES DEPARTMENT OF AGRICULTURE, | |
| Defendant. | |

**TO:  LION RAISINS, INC., THE UNITED STATES DEPARTMENT OF AGRICULTURE,**

**ITS ATTORNEY OF RECORD HEREIN, AND THE COURT**

PLEASE TAKE NOTICE that Plaintiff, LION RAISINS, INC., a California corporation, hereby substitutes attorney Wesley T. Green, Corporate Counsel of Lion Raisins, Inc., whose address and telephone number are 9500 S. DeWolf, Selma, California, 93622; (559) 834-6677; Facsimile (559) 834-6622; email address wgreen@lionraisins.com  in place of BRIAN C. LEIGHTON of the Law Offices of Brian C. Leighton, 701 Pollasky Avenue, Clovis, CA.

DATED:       July 22, 2005                           LION RAISINS, INC.


                                                     /S/  BRUCE LION
                                                     BRUCE LION, Vice President

---

SUBSTITUTION OF ATTORNEYS [LOCAL RULE 83-182(g)]
AND ORDER THEREON                                   1

1  **I ACCEPT THE ABOVE SUBSTITUTION**.        WESLEY T. GREEN

2  DATED:      July 22, 2005                   /S/  WESLEY T. GREEN
3                                              WESLEY T. GREEN, Attorney

4

5  **I AGREE TO THE ABOVE SUBSTITUTION AND RELINQUISH ALL REPRESENTATION**.

6                                              LAW OFFICES OF BRIAN C. LEIGHTON

7  DATED:      July 7, 2005                    /S/   BRIAN C. LEIGHTON
8                                              BRIAN C. LEIGHTON, Attorney

9

10                                  **ORDER**

11       IT IS SO ORDERED.

12  DATED:__July 27, 2005              ___/s/ ROBERT E. COYLE_____
                                          **U.S. District Court Judge**