McGREGOR W. SCOTT
United States Attorney
Assistant United States Attorney
KRISTI C. KAPETAN
Assistant United States Attorney
Federal Building, Room 3654
1130 O Street
Fresno, CA 93721
Telephone: (559) 498-7272
Facsimile:   (559) 498-7432

Attorneys for Defendant United States Department of Agriculture

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(FRESNO DIVISION)

| | |
|---|---|
| LION BROS.,<br><br>      Plaintiff,<br><br>      v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE,<br><br>      Defendant. | NO.  1:05-00640-REC-SMS<br><br><u>STIPULATION TO EXTEND TIME TO<br> ANSWER PLAINTIFF'S COMPLAINT</u> |

     The parties, through undersigned counsel, hereby stipulate to an extension of time to answer the complaint in the above-referenced matter.  The parties agree that the United States Department of Agriculture has fourteen additional days, up to and including August 12, 2005, within which to file an answer.

Date: July 19, 2005          Respectfully submitted,

                                     McGREGOR W. SCOTT
                                     United States Attorney

                    By:    <u>/s/ Kristi C. Kapetan</u>
                              KRISTI C. KAPETAN
                              Assistant U. S. Attorney

Date: July 19, 2005          BRIAN C. LEIGHTON

                    By:    <u>/s/ Brian C. Leighton (signature on file)</u>
                              BRIAN C. LEIGHTON

In view of the foregoing stipulation, it is HEREBY ORDERED:

1. Defendant's answer to the Complaint is due on or before August 12, 2005.

IT IS SO ORDERED.

**Dated:     August 8, 2005**                         **/s/ Sandra M. Snyder**
icido3                                         UNITED STATES MAGISTRATE JUDGE