McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. GAAB
Assistant U.S. Attorney
Federal Building, Room 3654
1130 "O" Street
Fresno, California 93721
Telephone: (559) 498-7272
Facsimile: (559) 498-7432

Attorneys for Defendant United
States Department of Agriculture

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

LION RAISINS, INC.,  )  1:05-cv-00640-REC-SMS
 )
        Plaintiff,  )  STIPULATION RE CASE SCHEDULE;
 )  ORDER THEREON
   v.  )
 )
UNITED STATES DEPARTMENT OF  )
AGRICULTURE,  )
 )
        Defendant.  )
 )

Plaintiff LION RAISINS, INC. and Defendant UNITED STATES DEPARTMENT OF AGRICULTURE, by and through undersigned counsel, hereby stipulate to the following revised case dates, and respectfully request that the Court so approve.

Good cause exists for this stipulation in that Defendant has new counsel assigned to this matter and Plaintiff's counsel has existing matters that conflict with the current schedule.

|  | Old Dates | **New Dates** |
|---|---|---|
| Cross-Motions for Summary Judgment filing deadline | Jan. 13, 2006 | April 28, 2006 |
| Replies to Cross-Motions for Summary Judgment filing deadline | Feb. 10, 2006 | May 26, 2006 |
| Hearing on Cross-Motions for Summary Judgment | Feb. 27, 2006 @ 1:30 p.m. Ctrm. 1 (REC) | July 24, 2006 @ 1:30 p.m. Ctrm. 1 (REC) |

Dated:  December _27, 2005.

       Respectfully submitted,

| LION RAISINS, INC. | McGREGOR W. SCOTT |
| --- | --- |
| | United States Attorney |
| /s/Wesley T. Green | By: /s/Kimberly A. Gaab |
| WESLEY T. GREEN | KIMBERLY A. GAAB |
| Corporate Counsel-Lion Raisins, Inc. | Attorneys for Defendant |
| Attorneys for Plaintiff | United States Department |
| Lion Raisins, Inc. | of Agriculture |

IT IS SO ORDERED.

**Dated:   January 6, 2006**       **/s/ Sandra M. Snyder**
icido3           UNITED STATES MAGISTRATE JUDGE

2