McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. GAAB
Assistant U.S. Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendant United
States Department of Agriculture

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LION RAISINS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES DEPARTMENT OF ) <br> AGRICULTURE, ) <br> ) <br> Defendant. ) | 1:05-cv-00640-REC-SMS <br><br> STIPULATION RE CASE SCHEDULE; <br> <u>ORDER THEREON</u> |

    Plaintiff LION RAISINS, INC. and Defendant UNITED STATES DEPARTMENT OF AGRICULTURE, by and through undersigned counsel, hereby stipulate to the following revised case dates, and respectfully request that the Court so approve.

    Good cause exists for this stipulation in that Defendant's counsel has a prepaid vacation and Plaintiff's counsel has existing matters, both of which require that the current schedule be revised.

|  | <u>Old Dates</u> | **New Dates** |
|---|---|---|
| Cross-Motions for Summary Judgment filing deadline | Apr. 28, 2006 | Aug. 25, 2006 |
| Replies to Cross-Motions for Summary Judgment filing deadline | May 26, 2006 | Sept. 22, 2006 |

```
Hearing on Cross-Motions for
Summary Judgment                    July 24, 2006      Nov. 6, 2006
                                     @ 1:30 p.m.        @ 1:30 p.m.

                                    Ctrm. 1 (REC)     Ctrm. 1 (REC)
```

Dated:  April 6, 2006.

                      Respectfully submitted,

LION RAISINS, INC.                         McGREGOR W. SCOTT
                                           United States Attorney


 /s/ Wesley T. Green            By:    /s/Kimberly A. Gaab
WESLEY T. GREEN                        KIMBERLY A. GAAB
Corporate Counsel-Lion Raisins, Inc.   Attorneys for Defendant
Attorneys for Plaintiff                United States Department
Lion Raisins, Inc.                     of Agriculture


IT IS SO ORDERED.

**Dated:   April 11, 2006**             **/s/ Sandra M. Snyder**
icido3                            UNITED STATES MAGISTRATE JUDGE