Wesley T. Green # 201107
CORPORATE COUNSEL
P.O. Box 1350
9500 South DeWolf Avenue
Selma, California  93662
Telephone: (559) 834-6677
Facsimile:  (559) 834-4848
E-Mail: wgreen@lionraisins.com

Attorney for Plaintiff,
**LION RAISINS, INC.**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| LION RAISINS, INC.<br><br>        Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE,<br><br>        Defendant.<br>_____ | Case No.: 1:05-cv-00640 OWW SMS<br><br>STIPULATION TO REVISE CASE DATES ON CROSS-MOTIONS FOR SUMMARY JUDGEMENT AND ORDER THEREON<br><br>DATE:   February 12, 2007<br>TIME:    10:00 a.m.<br>COURTROOM:   3<br><br>(Honorable Oliver W. Wanger) |

Plaintiff LION RAISINS, INC. ("Lion") and Defendant UNITED STATES DEPARTMENT OF AGRICULTURE ("USDA"), by and between the undersigned counsel, hereby stipulate to the following revised case dates on Cross-Motions for Summary Judgement in the above-entitled matter and respectfully request that this court so approve.

Good cause exists for the Stipulation in that Plaintiff's counsel has other existing matters that conflict with the current case dates, including the preparation of post-hearing briefing of Findings of Facts and Conclusions of Law, currently due November 21, 2006 before the United States Secretary

of Agriculture in the matter of *In Re Lion Raisins, Inc.* I & G Docket No. 01-0001.  Additionally, Plaintiff's counsel has a pre-paid, non-refundable vacation scheduled that conflicts with the current case dates, the same of which has been rescheduled three times to date, at substantial costs.

| CURRENT CASE DATES: | **REVISED CASE DATES:** |
|---|---|
| Deadline for Cross-Motions for Summary Judgement: November 22, 2006 | Deadline for Cross-Motions for Summary Judgement: April 3, 2007 |
| Deadline for Replies to Cross-Motions for Summary Judgment: December 22, 2006 | Deadline for Replies to Cross-Motions for Summary Judgment: May 3, 2007 |
| Hearing on Cross-Motions for Summary Judgement: February 12, 2007 10:00 a.m., Courtroom 3 | Hearing on Cross-Motions for Summary Judgement: June 18, 2007 10:00 a.m., Courtroom 3 |

DATED: November 17, 2006         RESPECTFULLY SUBMITTED,


/s/ Wesley T. Green
_____
Wesley T. Green, JD MBA
Attorney for Plaintiff, LION RAISINS, INC.


DATED: November __, 2006         RESPECTFULLY SUBMITTED,

McGregor W. Scott
United States Attorney


_____
Kimberly A. Gaab
Assistant United States Attorney
Attorneys for Defendant, UNITED STATES DEPARTMENT OF AGRICULTURE

**ORDER**

IT IS SO ORDERED that:

1. The deadline for Cross-Motions for Summary Judgement is April 3, 2007 and the deadline for Replies to Cross-Motions for Summary Judgement is May 3, 2007.

2. The hearing on Cross-Motions for Summary Judgment is June 18, 2007, 10:00 a.m., Courtroom 3.

IT IS SO ORDERED.

**Dated:   November 21, 2006**              /s/ Oliver W. Wanger

emm0d6                                                           UNITED STATES DISTRICT JUDGE