McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. GAAB
Assistant U.S. Attorney
Federal Building, Room 3654
1130 "O" Street
Fresno, California 93721
Telephone: (559) 498-7272
Facsimile: (559) 498-7432

Attorneys for Defendant United
States Department of Agriculture

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LION RAISINS, INC., | ) | 1:05-cv-00640-OWW-SMS |
| | ) | |
| Plaintiff, | ) | STIPULATION TO REVISE FILING |
| | ) | DATE ON CROSS-MOTIONS FOR |
| v. | ) | SUMMARY JUDGMENT AND ORDER |
| | ) | THEREON |
| UNITED STATES DEPARTMENT OF AGRICULTURE, | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff LION RAISINS, INC. and Defendant UNITED STATES DEPARTMENT OF AGRICULTURE, by and between the undersigned counsel, hereby stipulate to the following revised filing date on the Cross-Motions for Summary Judgment in the above-entitled matter, and respectfully request that this Court so approve.

Good cause exists for the Stipulation in that, due to defendant's counsel's illness, both parties request a one week extension on the filing deadline for Cross-Motions for Summary Judgment.

|   | Old Date | **New Date** |
|---|---|---|
| Deadline for filing Cross-Motions for Summary Judgment: | April 3, 2007 | April 10, 2007 |

The one week extension of the initial filing deadline will not require any changes in the hearing date. The reply deadline remains set at May 3, 2007, and the hearing date on the Cross-Motions for Summary Judgment remains set for June 18, 2007, at 10:00 a.m., in Courtroom 3.

Dated: April 3, 2007.

                        Respectfully submitted,

| LION RAISINS, INC. | McGREGOR W. SCOTT |
| --- | --- |
|  | United States Attorney |
| /s/Wesley T. Green | By: /s/Kirk E. Sherriff for |
| WESLEY T. GREEN | KIMBERLY A. GAAB |
| Corporate Counsel-Lion Raisins, Inc. | Attorneys for Defendant |
| Attorneys for Plaintiff | United States Department |
| Lion Raisins, Inc. | of Agriculture |

IT IS SO ORDERED that:

    1.    The deadline for filing Cross-Motions for Summary Judgment is continued to April 10, 2007.

    2.    The deadline for replies to Cross-Motions for Summary Judgment remains May 3, 2007.

    3.    The hearing on Cross-Motions for Summary Judgment remains June 18, 2007 at 10:00 a.m. in Courtroom 3.

IT IS SO ORDERED.

**Dated:   April 5, 2007**           **/s/ Oliver W. Wanger**
emm0d6                       UNITED STATES DISTRICT JUDGE