Wesley T. Green # 201107
CORPORATE COUNSEL
P.O. Box 1350
9500 South DeWolf Avenue
Selma, California  93662
Telephone: (559) 834-6677
Facsimile:  (559) 834-4848
E-Mail: wgreen@lionraisins.com

Attorney for Plaintiff,
**LION RAISINS, INC.**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| LION RAISINS, INC.<br><br>          Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE,<br><br>          Defendant.<br>_____ | Case No.: 1:05-cv-00640 OWW SMS<br><br>STIPULATION TO REVISE CASE DATES ON CROSS-MOTIONS FOR SUMMARY JUDGEMENT AND ORDER THEREON<br><br>DATE:    JUNE 18, 2007<br>TIME:    10:00 a.m.<br>COURTROOM:   3<br><br>(Honorable Oliver W. Wanger) |

Plaintiff LION RAISINS, INC. ("Lion") and Defendant UNITED STATES DEPARTMENT OF AGRICULTURE ("USDA"), by and between the undersigned counsel, hereby stipulate to the following revised case dates on Cross-Motions for Summary Judgement in the above-entitled matter and respectfully request that this court so approve.

Good cause exists for the Stipulation in that Plaintiff's counsel has been heavily involved in the preparation of voluminous petitions and motions since July, 2006  in the matters of *In Re Lion Raisins, Inc*. before Administrative Law Judges Clifton and Davenport (I&G Docket No.'s 01-0001

and 04-0004), wherein USDA is also the Complainant.  Additionally, Plaintiff's outside counsel, James Moody is a solo practitioner located in Washington, D.C. and assisted Plaintiff's counsel in the aforementioned petitions/motions, the completion of which was unexpectedly delayed through last week.  Mr. Moody is also expected to appear as co-counsel on behalf of the Plaintiff in this matter.  Mr. Moody has been unavailable for review and/or consultation regarding this matter due in part because of his involvement with the petitions and motions, as well as pressing matters in his own private practice and the Easter holiday.

| CURRENT CASE DATES: | **REVISED CASE DATES:** |
|---|---|
| Deadline for Cross-Motions for Summary Judgement: April 10, 2007 | Deadline for Cross-Motions for Summary Judgement: April 24, 2007 |
| Deadline for Replies to Cross-Motions for Summary Judgment: May 3, 2007 | Deadline for Replies to Cross-Motions for Summary Judgment: May 24, 2007 |
| Hearing on Cross-Motions for Summary Judgement: June 18, 2007 10:00 a.m., Courtroom 3 | Hearing on Cross-Motions for Summary Judgement: July 9, 2007 10:00 a.m., Courtroom 3 |

DATED: April 9, 2007                                    RESPECTFULLY SUBMITTED,


/s/ Wesley T. Green
Wesley T. Green, JD MBA
Attorney for Plaintiff, LION RAISINS, INC.


DATED: April 9, 2007                                    RESPECTFULLY SUBMITTED,

McGregor W. Scott
United States Attorney

_____
Kimberly A. Gaab
Assistant United States Attorney
Attorneys for Defendant, UNITED STATES
DEPARTMENT OF AGRICULTURE

**ORDER**

IT IS SO ORDERED that:

1. The deadline for Cross-Motions for Summary Judgement is continued to April 24, 2007; and

2. The deadline for the Replies to Cross-Motions for Summary Judgement is continued to May 24, 2007; and

2. The hearing on Cross-Motions for Summary Judgment is continued to July 9, 2007 at 10:00 a.m., Courtroom 3.

IT IS SO ORDERED.

**Dated:   April 10, 2007**                              **/s/ Oliver W. Wanger**
emm0d6                                                          UNITED STATES DISTRICT JUDGE