**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| LION RAISINS, INC., etc., | ) | |
| | ) | |
| Plaintiff, | ) | 1:05-cv-00640 OWW SMS |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES DEPARTMENT OF AGRICULTURE, | ) | ORDER CLOSING CASE |
| | ) | |
| Defendant | ) | |

The Court having decided the parties' motions for summary judgment and plaintiff's motion for reconsideration, the clerk of the court is directed to close this case.

IT IS SO ORDERED.

Dated:   September 6, 2008            /s/ Oliver W. Wanger
                                     UNITED STATES DISTRICT JUDGE

1